UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT W. RYDER and )<br>SUZANNE G. RYDER, )<br>)<br>Defendants. ) | CIVIL ACTION NO.: |

COMPLAINT

The United States of America, by its attorney, Thomas E. Delahanty II, United States Attorney for the District of Maine, pursuant to the provisions of 26 U.S.C. § 7401, with the authorization of the Secretary of the Treasury and at the direction of the Attorney General of the United States, brings this action against the above defendants to reduce to judgment federal tax assessments against Robert W. Ryder and Suzanne G. Ryder. In support thereof, the United States alleges as follows:

Jurisdiction

1. Jurisdiction over this action is conferred upon this Court under 28 U.S.C. §§ 1331, 1340 and 1345 and 26 U.S.C. § 7402.

2. Robert W. Ryder resides within the jurisdiction of this court.

3. Suzanne G. Ryder resides within the jurisdiction of this court.

Count I - Reduce Income Tax Assessments against Robert W. & Suzanne G. Ryder to Judgment

4. On the dates set forth below a delegate of the Secretary of the Treasury made income tax assessments against Robert W. Ryder and Suzanne G. Ryder for the following tax periods

which remain unpaid:

| *Tax Period Ending* | *Assessment Date* | *Unpaid Balance Due as of October 10, 2014* |
|---|---|---|
| 12/31/2002 | 01/08/2007 | $51,639.48 |
| 12/31/2003 | 03/12/2007 | $30,321.80 |
| 12/31/2004 | 04/23/2007 | $51,301.63 |
| 12/31/2005 | 09/10/2007 | $24,189.64 |
| 12/31/2007 | 02/23/2009 | $10,927.88 |
| 12/31/2008 | 03/08/2010 | $22,772.14 |
| 12/31/2009 | 10/04/2010 | $5,150.51 |

5. On or about the date of each income tax assessment listed in paragraph 4, notice of the assessment and demand for its payment was made upon Robert W. Ryder and Suzanne G. Ryder.

6. Despite notice of the assessments listed in paragraph 4 and demand for their payment, Robert W. Ryder and Suzanne G. Ryder have failed, neglected, or refused to fully pay the assessed liabilities, and there remains due and owing $196,303.08, plus statutory additions and interest from October 10, 2014.

Count II - Reduce Employment Tax Assessments against Robert W. Ryder to Judgment

7. On the dates set forth below a delegate of the Secretary of the Treasury made assessments against Robert W. Ryder for Form 941 employer's quarterly tax liabilities (including amounts withheld from employees) and Form 940 Federal Unemployment Tax Act tax liabilities for the following tax periods which remain unpaid:

| *Tax Type* | *Tax Period Ending* | *Assessment Date* | *Unpaid Balance Due as of October 10, 2014* |
|---|---|---|---|
| Form 941 | 12/31/2001 | 09/11/2006 | $30,683.11 |
| Form 941 | 03/31/2002 | 02/05/2007 | $42,601.13 |

| Form 941 | 06/30/2002 | 02/05/2007 | $42,045.83 |
| Form 941 | 09/30/2002 | 02/05/2007 | $41,541.60 |
| Form 941 | 12/31/2002 | 09/11/2006 | $35,068.09 |
| Form 940 | 12/31/2001 | 03/24/2008 | $4,953.31 |

8. On or about the date of each tax assessment listed in paragraph 7, notice of the assessment and demand for its payment was made upon Robert W. Ryder.

9. Despite notice of the assessments listed in paragraph 7 and demand for their payment, Robert W. Ryder has failed, neglected, or refused to fully pay the assessed liabilities, and there remains due and owing $196,893.07, plus statutory additions and interest from October 10, 2014.

Count III - Reduce Assessment pursuant to IRC § 6721 against Robert W. Ryder to Judgment

10. On October 25, 2004, a delegate of the Secretary of the Treasury made an assessment against Robert W. Ryder pursuant to 26 U.S.C. § 6721 for failure to file Forms W-2, Wage and Tax Statements, due to an intentional disregard of the filing requirement, with respect to the tax period ending December 31, 2001.

11. On or about the date of the tax assessment listed in paragraph 10, notice of the assessment and demand for its payment was made upon Robert W. Ryder.

12. Despite notice of the assessment listed in paragraph 10 and demand for its payment, Robert W. Ryder has failed, neglected, or refused to fully pay the assessed liability, and there remains due and owing $12,594.47, plus statutory additions and interest from October 10, 2014.

WHEREFORE, the United States request that this Court:

(1) enter judgment in favor of the United States and against defendants Robert W. Ryder and Suzanne G. Ryder in the amount of $196,303.08, plus statutory additions and

interest from October 10, 2014, for unpaid income tax liabilities for the tax periods ending December 31, 2002; December 31, 2003; December 31, 2004; December 31, 2005; December 31, 2007; December 31, 2008; and December 31, 2009;

(2) enter judgment in favor of the United States and against defendant Robert W. Ryder in the amount of $196,893.07, plus statutory additions and interest from October 10, 2014, for unpaid Form 941 employer's quarterly tax liabilities for the tax periods ending December 31, 2001; March 31, 2002; June 30, 2002; September 30, 2002; December 31, 2002; and unpaid Form 940 Federal Unemployment Tax Act tax liabilities for the tax period ending December 31, 2001;

(3) enter judgment in favor of the United States and against defendant Robert W. Ryder in the amount of $12,594.47, plus statutory additions and interest from October 10, 2014, for the unpaid assessment pursuant to 26 U.S.C. § 6721 with respect to the tax period ending December 31, 2001; and

(4) award the United States its costs and such further relief as the Court deems just and proper.

Respectfully submitted,

TAMARA W. ASHFORD
Acting Assistant Attorney General
U.S. Department of Justice Tax Division

/s/ *Karen Wozniak*
KAREN WOZNIAK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55, Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 307-1927
Facsimile: (202) 514-5238
E-mail: karen.e.wozniak@usdoj.gov